

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: INDUSTRIAL LIFE INSURANCE                 MDL  NO. 1371 and
LITIGATION                                        consolidated MDLs

                                                    5:04cv55

     ELDORA BURKES                                CIVIL ACTION 04-2262

          v.

LIFE INSURANCE COMPANY OF GEORGIA                SECTION "F"


                              ORDER

     All proceedings that can be conducted for Civil Action Number

04-2262 have been conducted.  Accordingly, IT IS ORDERED: that Civil

Action Number 04-2262 be returned to the transferor court for any

further proceedings.



               New Orleans, Louisiana, June 27, 2007.


                    _____
                    MARTIN L. C. FELDMAN
                    UNITED STATES DISTRICT JUDGE


CLERK'S OFFICE
A TRUE COPY

JUN 2 8 2007

Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.